# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UMB BANK**                                                   **PLAINTIFF**

**v.**         **CASE NO. 4:19-CV-00678 BSM**

**BANK OZK f/k/a**
**BANK OF THE OZARKS**                           **DEFENDANT**

## ORDER

Pursuant to the joint stipulation of dismissal [Doc. No. 17], this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of January, 2020.

                                                  _/s/ Brian S. Miller_
                                          UNITED STATES DISTRICT JUDGE