IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UMB BANK                                                                PLAINTIFF

v.                     CASE NO. 4:19-CV-00678 BSM

BANK OZK f/k/a
BANK OF THE OZARKS                                       DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own costs.

IT IS SO ORDERED this 9th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE